# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ST. PAUL FIRE AND MARINE INSURANCE COMPANY,<br><br>                    Plaintiff,<br><br>  v.<br><br>ANTHROSCOPIC & LASER SURGERY CENTER OF SAN DIEGO, L.P., *et al.*,<br><br>                    Defendants. | Case No. 17-cv-01494-BAS-AGS<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS ACTION WITH PREJUDICE**<br><br>**[ECF No. 24]** |

      Plaintiff St. Paul Fire & Marine Insurance Company brings this insurance coverage action against Defendants Arthroscopic & Laser Surgery Center of San Diego, L.P. ("ALSC"), SHC San Diego, LLC ("SHC"), and HealthSouth Corporation ("HealthSouth"). Previously, Plaintiff dismissed its action against Defendants ALSC and SHC without prejudice. (ECF No. 21.) Now before the Court is a joint motion signed by all of the parties. (ECF No. 24.) The parties report that they have settled their claims and request that the Court convert its prior dismissal of Defendants ALSC and SHC "to a dismissal with prejudice." (*Id.*) Further, the parties seek dismissal of the remainder of this action with prejudice. (*Id.*) The Court **GRANTS** the joint motion. Accordingly, the Court **ORDERS** that:

(1) Plaintiff's action against Defendants ALSC and SHC, which was previously dismissed without prejudice, is dismissed **WITH PREJUDICE**.

(2) The remainder of this action, including Plaintiff's claims against HealthSouth and HealthSouth's counterclaims, is dismissed **WITH PREJUDICE**.

(3) The Clerk of the Court shall close this case.

**IT IS SO ORDERED.**

DATED: January 8, 2019

Hon. Cynthia Bashant
United States District Judge